Commonwealth *v*. Wilcox, Appellant.

Before TROUTMAN, J., specially presiding.

Argued March 20, 1969. *Joyce Ullman,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Roger F. Cox,* Assistant District Attorney, *Richard A. Sprague,* First Assistant

District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.